IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER MAY**,<br>[DOB: 09-15-1985]<br><br>Defendant. | No. 13-03077-01-CR-S-JFM<br><br>18 U.S.C. § 2252(a)(2) & (b)(1)<br>NLT 5 Years Imprisonment<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years Supervised Release<br>NMT Life Supervised Release<br>Class C Felony<br><br>$100 Special Assessment |

# **I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

Between November 29, 2012, and March 26, 2013, within Greene County, in the Western District of Missouri, the defendant, **CHRISTOPHER MAY**, did knowingly receive and distribute any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**A TRUE BILL**

/s/
FOREPERSON OF THE GRAND JURY

/s/ James J. Kelleher
James J. Kelleher
Assistant United States Attorney        DATED: 08/27/2013